986

■ FRANCES MIECHOWSKI, Appellant, v. LIBERTY BANK OF BUFFALO et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment and order of Erie County Court dismissing plaintiff's complaint, on motion of defendant Liberty Bank, in an action to recover the amount of a bank account.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ ESTHER C. NEIDER, Respondent, v. UNITED STATES HOFFMAN MACHINERY CORPORATION, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Onondaga County Court affirming an order of Syracuse Municipal Court denying a motion by defendant to strike out portions of plaintiff's complaint.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ ROSEMARY LAVERE, Individually and as Administratrix of the Estate of ROBERT IRLAND, Deceased, Respondent, v. MELVIN R. DOUD, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order of Oswego Trial Term granting a motion by plaintiff to set aside the verdict of a jury in favor of plaintiff on the ground of inadequacy and for a new trial in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ FRANK TEXTOR, Respondent, v. IRENE J. MAINES et al., Appellants. WALTER MAINES, SR., et al., Plaintiffs, v. FRANK TEXTOR, Defendant.— Order reversed on the facts and in the exercise of discretion, with $10 costs and disbursements, and motion granted, with $10 costs. Memorandum: It is our opinion that the discretion of the Special Term was improperly exercised. All concur. (Appeal from an order of Erie Special Term denying a motion by defendants in Action No. 1 for a joint trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOMER HOOPER, JR., Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LYONS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.